THE STATE OF OHIO, APPELLEE, *v.* SABO, APPELLANT.

[Cite as *State v. Sabo* (1996), 76 Ohio St.3d 71.]

(No. 96–661—Submitted May 21, 1996—Decided July 17, 1996.)

*William R. Biddlestone,* Athens County Prosecuting Attorney, and *Birgit Pedersen,* Assistant Prosecuting Attorney, for appellee.

*Larry Sabo, pro se.*

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons set forth in its decision and judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.